IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM ETHRIDGE, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 08-867-SCW |
| ILLINOIS DEPARTMENT OF CORRECTIONS and ILLINOIS DEPARTMENT OF JUVENILE JUSTICE, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

Defendant ILLINOIS DEPARTMENT OF CORRECTIONS was termed by the filing of the Amended Complaint (Doc 25) on January 15, 2010.

Defendant ILLINOIS DEPARTMENT OF JUVENILE JUSTICE was granted summary judgment by an Order (Doc. 67) entered by Magistrate Judge Stephen C. Williams on August 12, 2011

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ILLINOIS DEPARTMENT OF CORRECTIONS** and **ILLINOIS DEPARTMENT OF JUVENILE JUSTICE** and against plaintiff **WILLIAM ETHRIDGE.**

Plaintiff shall take nothing from this action.

**DATED** this 24th day of August, 2011

                                                      **NANCY J. ROSENSTENGEL, CLERK**

                                                      **BY: S/ Angela Vehlewald**
                                                              Deputy Clerk

**Approved by**     **S/ Stephen C. Williams**
                       **STEPHEN C. WILLIAMS**
                **United States Magistrate Judge**